OPINION — AG — IN THE FORMATION OF AN OKLAHOMA CORPORATION, WHERE ONLY SHARES HAVING A PAR VALUE ARE CONCERNED, STATED CAPITAL CONSISTS OF THE AGGREGATE PAR VALUE OF ALL ALLOTED SHARES, AND THIS SUM MUST BE AT LEAST $500.00. ANY AMOUNT PAID FOR PAR VALUE SHARES IN EXCESS OF PAR VALUE MUST BE CREDITED TO PAID IN SURPLUS AND CANNOT BE CREDITED TO STATED CAPITAL. CITE: 18 O.S. 1961 1.15 [18-1.15], 18 O.S. 1961 1.80 [18-1.80](A), 18 O.S. 1961 1.79 [18-1.79], 18 O.S. 1961 1.2 [18-1.2](12), 18 O.S. 1961 1.15 [18-1.15] [18-1.15] (BURCK BAILEY)